574-15

# ELECTRONIC RECORD

COA # 10-15-00028-CR                    OFFENSE: Evading Arrest

STYLE: George Riley Williams, Jr. v. The State of Texas            COUNTY: Brazos

TRIAL COURT: 272nd District Court                    Appellant's            MOTION
TRIAL COURT #: 14-00978-CRF-272          FOR REHEARING IS:    DENIED
TRIAL COURT JUDGE: Hon. Travis B. Bryan III      DATE:    April 22, 2015
DISPOSITION: DISMISSED                    JUDGE:

DATE:        March 19, 2015

JUSTICE:   Scoggins            PC            S   YES

PUBLISH:                       DNP:   YES

CLK RECORD:   3/16/2015            SUPP CLK RECORD:
RPT RECORD:   2/23/2015            SUPP RPT RECORD:
STATE BR:                         SUPP BR:
APP BR:                           PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

574-15

ELECTRONIC RECORD                    CCA # 574-15

-------------------

_APPELLANT'S_ Petition                    Disposition:
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:
REFUSED                                       JUDGE:
DATE: 06/17/2015                              SIGNED:            PC:
JUDGE: Per Curiam                             PUBLISH:            DNP:

-------------------

_____ MOTION FOR REHEARING IN          MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____                _____ ON _____

JUDGE: _____                            JUDGE: _____